**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEVIN C. GOFORTH** **PLAINTIFF**

**v.** **Case No. 4:25-cv-00174-LPR**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 19). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

IT IS THEREFORE ORDERED that the Commissioner's decision is REVERSED, and this case is REMANDED for further review.

DATED this 13th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE